﻿Citation Nr: AXXXXXXXX
Decision Date: 08/31/20 Archive Date: 08/31/20

DOCKET NO. 190726-41032
DATE: August 31, 2020

ORDER

Entitlement to service connection for posttraumatic stress disorder (PTSD) is dismissed.

Entitlement to service connection for major depressive disorder (MDD) is dismissed.

FINDING OF FACT

Following a supplemental claim, in November 2019 the Agency of Original Jurisdiction (AOJ) furnished a rating decision which included the above-listed issues; these issues were already pending evidence submission at the Board and concurrent election is prohibited.

CONCLUSIONS OF LAW

1. The criteria for dismissal of entitlement to service connection for PTSD are met. 38 U.S.C. § 7105.

2. The criteria for dismissal of entitlement to service connection for MDD are met. 38 U.S.C. § 7105.

REASONS AND BASES FOR FINDING AND CONCLUSIONS

The Veteran had active duty service from April 2004 to November 2010. 

In December 2018, VA issued a legacy rating decision declining to reopen claims of entitlement to service connection for MDD and PTSD. In the same month, the Veteran opted into the Rapid Appeals Modernization Program (RAMP), requesting Higher Level Review. VA accepted the opt-in and withdrew the legacy appeal.

In the March 2019 RAMP Higher Level Review rating decision, VA implicitly reopened and explicitly denied service connection for MDD and PTSD. The implicit reopening is a favorable finding of fact binding on the Board.

In July 2019, the Veteran filed a VA Form 10182 appealing to the Board and requested the evidence submission lane. 38 C.F.R. § 20.202(b)(1). The specific issues were listed as PTSD and MDD secondary to PTSD.

In November 2019, the Veteran filed a VA Form 20-0995, Decision Review Request: Supplemental Claim for the issues of PTSD and MDD. 38 C.F.R. § 3.2500(a)(2), listing the December 2018 decision as the adjudication being appealed.

In a November 2019 Report of General Information, the Veteran requested the withdrawal of the appeal to the Board for his PTSD and MDD claims. Therefore, the Veteran withdrew his appeal in accordance with 38 C.F.R. § 20.205 as concurrent election is prohibited. 38 C.F.R. § 3.2500(b).

In November 2019, VA issued a rating decision in response to the Supplemental Claim which denied PTSD and MDD.

In December 2019, the attorney filed a VA Form 20-0995, Decision Review Request: Supplemental Claim for the issues of PTSD and MDD. 38 C.F.R. § 3.2500(a)(2).

In a January 2020 rating decision, VA identified duty to assist errors during the Higher Level Review for MDD and PTSD.

As the AOJ adjudicated the supplemental claim as to all issues appealed, there remains no specific determination for the Board to consider. Accordingly, the issues are dismissed. 38 U.S.C. § 7105.

If the Veteran wishes to pursue any of the listed issues, he should seek review of the January 2020 decision. See 38 C.F.R. § 3.2500(a). 

 

LAURA E. COLLINS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board K. Bristor

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.